IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:16-CR-266-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| IRVIN FIELDS, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court on defendant's motion to suppress. D.E. 48. The government has filed a response in opposition. D.E. 54. The motion was referred to the undersigned magistrate judge for a memorandum and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B). *See* 2nd Public D.E. dated 16 May 2018.

The court will hold a hearing on defendant's motion on Tuesday, 5 June 2018, at 10:00 a.m. in the Sixth Floor Courtroom in the Terry Sanford Federal Building, 310 New Bern Avenue, Raleigh, North Carolina. Counsel for the parties are directed to attend. The United States Marshal is DIRECTED to produce defendant for the hearing.

SO ORDERED, this 17th day of May 2018.

_____
James E. Gates
United States Magistrate Judge