IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-266-FL-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| IRVIN FIELDS, | ) | |

This matter is before the court on defendant's pro se motions to dismiss (DE 79, 80), filed March 29, 2019 and April 1, 2019, respectively. Also before the court is defense counsel's motion to withdraw (DE 81), filed April 1, 2019. Defendant is DIRECTED to cease his writings to the court. You shall act only through your appointed counsel. Defendant's pro se motions are DENIED without more. Going forward, so long as counsel is appointed, any pro se motion submitted by you will be terminated as a pending motion by the clerk's office without further order from this court.

Whether or not the actions herein taken obviate need for counsel's motion to withdraw remains to be seen. Hearing on this motion is set before the undersigned Monday, April 8, 2019, at 1:30 p.m. at New Bern.

SO ORDERED, this 1st day of April, 2019.

Louise W. Flanagan
United States District Judge